UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DONALD R MCINTIRE )<br>)<br>Defendant. ) | 2:98-CR-00012-LDG-1 |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#17), sentencing having been imposed on July 1, 1998. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NATIONAL RAILROAD PASSENGER CORP
Amount of Restitution: $35,043.30

**Total Amount of Restitution ordered:** $35,043.30

Dated this ___18___ day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE